# FILED

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

DEC 13 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

Shanta Washington )
)
_____ )
)
Plaintiff(s), )
)
v. Pace Suburban Bus )
)
_____ )
)
Defendant(s). )

1:18-cv-08183
Judge Elaine E. Bucklo
Magistrate Judge Susan E. Cox

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Shanta Washington of the county of COOK in the state of Illinois.

3. The defendant is Pace Suburban Bus, whose street address is 550 W. Algonquin RD Arlington HTS IL, (city) Arlington HTS (county) COOK (state) Illinois (ZIP) 60005

(Defendant's telephone number) (847) - 364 - 7223

4. The plaintiff sought employment or was employed by the defendant at (street address) 3500 W. Lake St (city) Melrose Park (county) COOK (state) Illinois (ZIP code) 60160

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☑ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) March , (day)_____, (year) 2017 .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☑*has* ☐*has not* filed a charge or charges against the defendant

   asserting the acts of discrimination indicated in this complaint with any of the

   following government agencies:

      (i) ☑ the United States Equal Employment Opportunity Commission, on or about

      (month) December (day) 06 (year) 2017 .

      (ii) ☐ the Illinois Department of Human Rights, on or about

      (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

   attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month) _September_ (day) _15_ (year) _2018_

☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)    Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes    ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☑ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐    the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☑    the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month) _September_ (day) _15_ (year) _2018_ a copy of which

*Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☐    Age (Age Discrimination Employment Act).

(b) ☐    Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]
   (a) ☐ failed to hire the plaintiff.

   (b) ☐ terminated the plaintiff's employment.

   (c) ☐ failed to promote the plaintiff.

   (d) ☐ failed to reasonably accommodate the plaintiff's religion.

   (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

   (f) ☑ failed to stop harassment;

   (g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

   (h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

I was subjected to Sexual Harassment in June of 2015 and 2016 by a co-worker. I reported it to management in July of 2015 and Feb of 2016. After I made my complaint, management failed to take reasonable actions. As a result, I forced to take an unjustified Drug test in April of 2017, I suffered heavy monitoring and a hostile work environment.

14.    *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a)    ☐ Direct the defendant to hire the plaintiff.

    (b)    ☐ Direct the defendant to re-employ the plaintiff.

    (c)    ☐ Direct the defendant to promote the plaintiff.

    (d)    ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e)    ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f)    ☑ Direct the defendant to (specify): _____

_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)    ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages,
       liquidated/double damages, front pay, compensatory damages, punitive
       damages, prejudgment interest, post-judgment interest, and costs, including
       reasonable attorney fees and expert witness fees.

(h)    ☑ Grant such other relief as the Court may find appropriate.


_Shante W_
(Plaintiff's signature)

_Shanta WAshington_
(Plaintiff's name)

_1530 S. Dralle Ave apt 2 Chic_
(Plaintiff's street address)

(City) _Chicago_      (State) _Illinois_ (ZIP) _60623_

(Plaintiff's telephone number) (_773_) – _318-9500_

                                          Date: _12/13/18_



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2P

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA [X] EEOC | 440-2018-01585 |

| Illinois Department of Human Rights | and EEOC |
|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Shanta Washington | 773-318-9500 | 01/31/1981 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1530 S Drake Ave., Chicago, IL 60623 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Pace Suburban Bus Service | 500+ | 708-344-7400 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3500 Lake St., Melrose Park, IL 60160 | |

| Name | No Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| RECEIVED EEOC | | |

| Street Address | City, State and ZIP Code |
|---|---|
| DEC 07 2017 | |

CHICAGO DISTRICT OFFICE

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN

[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION

[X] OTHER (Specify)  Sexual Harassment

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 03/2017 | Ongoing |

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Statement of Harm:** I have faced retaliation from Pace following a sexual harassment complaint against a fellow employee. I have been held to a raised level of scrutiny compared to similarly situated employees and faced constant harassment and nit-picking. Pace has subjected me to a continuously hostile work environment. Additionally, I also face retaliation in regard to the terms of my employment conditions. I have reported my concerns regarding the disparate treatment twice, but no corrective action has been taken. Management is now targeting me for termination. Due to the company's neglect to remedy the situation, I continue to face retaliation which has harbored an ongoing hostile work environment that is having an adverse effect on my employment.

**Statement of Discrimination:** I believe I have been discriminated against as a result of sexual harassment and engaging in a protected activity, in violation of Title VII of the Civil Rights Act of 1964 (Title VII).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 12/06/17  *Shanta Wash* (signature)  Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |



EXHIBIT

A

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:   **Shanta Washington**
**c/o Gary Martoccio, Esq.**
**Spielberger Law Group**
**202 S Hoover Blvd**
**Tampla, FL 33609**

From:   **Chicago District Office**
**500 West Madison St**
**Suite 2000**
**Chicago, IL 60661**

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2018-01585 | **Monique Debusmann,** **Enforcement Supervisor** | **(312) 869-8087** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** **before you file suit may not be collectible.**

On behalf of the Commission

_Julianne Bowman_      9/13/18

Enclosures(s)

**Julianne Bowman,**     (Date Mailed)
**District Director**

cc:    **Nancy Caroll-Zimmer, Esq.**
**General Counsel**
**PACE SUBURBAN BUS COMPANY**
**55 W. Algonquin Rd.**
**Arlington Heights, IL 60005**


EXHIBIT
B